BEFORE THE SECOND DIVISION, APRIL 20, 1961

No. 65491.—Westropa Import Co. et al. *v.* United States, protests 58/2823, etc. (New York).

Opinion by FORD, J. The record establishing that the merchandise consists of knit hosiery of a synthetic textile material similar in use to silk knit hose and following *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.